Susan Darby PORTMAN, Appellant,

v.

CITY OF GRANDVIEW, Missouri,
et al., Respondents.

No. WD 76143.

Missouri Court of Appeals,
Western District.

March 11, 2014.

Motion for Rehearing and/or Transfer
to Supreme Court Denied April
29, 2014.

Application for Transfer Denied
June 24, 2014.

Susan Portman, Kansas City, MO, Appellant Acting Pro Se.

Michael Barnett, Kansas City, MO, Gene Voigts, Kansas City, MO, for Respondents Martucci and Shook.

Daniel Boatright, Kansas City, MO, Robert Sheffield, Kansas City, MO, for Respondents, Drake, City of Grandview, Littler Medelson P.C., and Tabor.

John Badgerow, Overland Park, KS, for Respondents, Hansen and Spencer Fane Britt & Browne.

James Keller, St. Louis, MO, Brian Wacker, St. Louis, MO, for Respondents, American Arbitration & Trevino.

Before Division Four: JAMES EDWARD WELSH, C.J., JOSEPH M. ELLIS, J., and LARRY D. HARMAN, Sp. J.

## ORDER

PER CURIAM:

Susan Darby Portman appeals the circuit court's judgment dismissing her lawsuit alleging "retaliation" under the Missouri Human Rights Act and other claims against the City of Grandview and the other Respondents. We affirm. Rule 84.16(b).